UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONESTAR SPRINGBOARD and PLATFORM DIVING TEAM, *Plaintiff* | § § § § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-01371 |
| EVEREST NATIONAL INSURANCE COMPANY, *Defendant.* | § § § § § | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff LONESTAR SPRINGBOARD and PLATFORM DIVING TEAM and Defendant EVEREST NATIONAL INSURANCE COMPANY file this Joint Stipulation of Dismissal without Prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii).

Plaintiff voluntarily moves to dismiss this lawsuit without prejudice, and Defendant agrees to the dismissal.

The case is neither a: (i) class action under Federal Rule of Civil Procedure 23; (ii) derivative action under Federal Rule of Civil Procedure 23.1; nor (iii) action related to unincorporated associations under Federal Rule of Civil Procedure 23.2.

A receiver has not been appointed, and Plaintiff has not previously dismissed a state or federal lawsuit based on the claims presented in this case.

This dismissal is without prejudice.

Dated:  August 10, 2016.

By: */s/ Jason C. Norwood*
Jason C. Norwood
Texas Bar No. 24027579
RENSHAW NORWOOD PLLC
2900 Weslayan, Suite 230
Houston, Texas 77027
Telephone: 713.400.9000
Facsimile: 713.400.9006

**ATTORNEYS FOR PLAINTIFF LONESTAR SPRINGBOARD and PLATFORM DIVING TEAM**

*/s/ Stephen O. Venable*
**Stephen O. Venable**
WALKER WILCOX MATOUSEK LLP
1001 McKinney Street, Suite 2000
Houston, Texas  77002
Direct: 713.343.6565
Main:   713.654.8001
Fax:     713.343.6571

**ATTORNEYS FOR DEFENDANT EVEREST NATIONAL INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served on this 10th day of August, 2016 upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                                 */s/ Jason C. Norwood*_____
                                                 Jason C. Norwood