United States District Court
Southern District of Texas
**ENTERED**
August 18, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LONESTAR SPRINGBOARD and PLATFORM DIVING TEAM, *Plaintiff* | § § § § | |
| v. | § | CIVIL ACTION NO. 4:16-CV-01371 |
| EVEREST NATIONAL INSURANCE COMPANY, *Defendant.* | § § § § | |

## AGREED ORDER OF DISMISSAL

After considering the Stipulation of Dismissal Without Prejudice filed by Plaintiff LONESTAR SPRINGBOARD and PLATFORM DIVING TEAM and Defendant EVEREST NATIONAL INSURANCE COMPANY, the Court has determined that this action should be, and hereby is, DISMISSED WITHOUT PREJUDICE.

IT IS THEREFORE ORDERED that this action be and is hereby dismissed in its entirety with prejudice. All costs are to be borne by the party incurring same.

SIGNED this 18th day of August, 2016.



_____
JUDGE PRESIDING